UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                                                **DECISION AND ORDER**
      v.                                                05-CR-13-A
                                                         97-CR-237-A

TAMESHIA SCOTT,

               Defendant.

---

       The defendant, Tameshia Scott, has filed a motion pursuant to Fed. R. Crim. P. 32.1 and 18 U.S.C. § 3583(e)(1) for early termination of a term of supervised release. The United States opposes the motion on the ground that defendant Scott's good conduct while on supervised release is only what is to be expected of a person serving a sentence of supervised release. While that is accurate, defendant Scott performed well while on post-plea supervision for approximately 70 months, and has been on supervised release for approximately 43 months, and early termination of supervision is supported by her supervising U.S. Probation Officer. Based upon the record before the Court, and consideration of the factors set forth in 18 U.S.C. § 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7), the Court finds that further supervised release is unnecessary. Defendant Scott's motion for termination of her sentence of supervised release is therefore

granted.

**IT IS SO ORDERED.**

_s/Richard J. Arcara_
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT COURT

Dated: January 23, 2019